**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN NOEL GARCIA SERRANO, | Case No. ED CV 26-4007 FMO (AYP) |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |
| WARDEN OR FACILITY ADMINISTRATOR OF DESERT VIEW FACILITY, <u>et al.</u>, | |
| Respondents. | |

On July 17, 2026, Kevin Noel Garcia Serrano ("petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"). On July 24, 2026, respondents filed their Answer to the Petition stating that petitioner was released from immigration detention on July 23, 2026, and that the immigration judge terminated petitioner's removal proceedings. (<u>See</u> Dkt. 9, Answer at 2). Respondents contend that the case is moot in light of petitioner's release. (<u>See</u> <u>id.</u> 2-3). Petitioner did not file a reply in support of his Petition by the deadline set forth in General Order 26-05 and therefore did not address respondents' mootness argument. (<u>See</u>, <u>generally</u>, Dkt.); <u>see</u> <u>also</u> <u>Pamela S. v. Bisignano</u>, 2025 WL 2399145, *4 (E.D. Wash. 2025) ("If a party fails to counter an argument that the opposing party makes, the Court may treat that argument as conceded."). Having reviewed the record, the court is persuaded that the case is now moot. Accordingly, IT IS ORDERED THAT:

1. Petitioner's Petition for Writ of Habeas Corpus **(Document No. 1)** is **denied as moot**.

2. The above-captioned case is **dismissed without prejudice**.

3. Judgment shall be entered accordingly.

Dated this 13th day of August, 2026.

/s/
_____
Fernando M. Olguin
United States District Judge
