JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN NOEL GARCIA SERRANO,<br>Petitioner,<br>v.<br>WARDEN OR FACILITY ADMINISTRATOR OF DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. ED CV 26-4007 FMO (AYP)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge